NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DION J. CARTER,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7022

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-3285, Judge John J. Farley, III.

---

**ON MOTION**

---

**ORDER**

Eric K. Shinseki, Secretary of Veterans Affairs, moves for a 14-day extension of time, until February 1, 2012, to file his response brief. Dion J. Carter opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**JAN 3 1 2012**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Dion J. Carter
Vincent D. Phillips, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 3 1 2012

JAN HORBALY
CLERK